Frida Wystrach v. Interboro Rapid Transit Company.— Motion denied, with ten dollars costs.

In the Matter of Maria T. Nicolini.— Motion granted.

In the Matter of Antonio Spinelli.— Motion granted.

In the Matter of Joseph Gifuni.— Reference ordered. Settle order on notice.

In the Matter of John Schwartzkopf.— Reference ordered. Settle order on notice.

Martha W. Schey v. Bertha Schey.— Motion granted; questions certified.

Andrew C. Imbrie v. Schlicht Combustion Company.— Motion denied on terms stated in order.

Margaret P. Boyd v. Alexander Boyd.— Motion to open default granted on payment of ten dollars costs, and on condition that appellant have appeal ready for argument at the December term. Settle order on notice.

Bernhard Schmeidler v. Charles A. Cowan, Impleaded with The City of New York.— Motion to dismiss appeal granted, so far as concerns the city of New York. Settle order on notice.

The People of the State of New York ex rel. Francis R. Thomas v. Edmund J. Butler, etc.— Motion granted, with ten dollars costs.

---

## Fourth Department, October, 1908.

Orson E. Baker, Appellant, v. Jacob B. Harvith, Respondent.— Judgment of nonsuit reversed, with costs, and judgment ordered for the plaintiff upon the verdict, with costs. Held, that the evidence sustains the finding of the jury that the plaintiff entered into a contract to sell and the defendant to buy the stock of goods in question, and that the defendant received and accepted the said goods. All concurred.

Dwight P. Chamberlain and Others, as Executors, etc., of Katherine P. Chamberlain, Deceased, Appellants, v. Stephen L. Sherman and Others, Respondents. — Judgment affirmed, with costs. Held, that although the finding of the trial court that the premises in question comprise a farm within the meaning of chapter 305 of the Laws of 1903* is contrary to and against the weight of evidence, yet the decision of the court was correct in result, and the judgment entered thereon should be affirmed. All concurred.

John Mercer, Appellant, v. Batavia Home Telephone Company, Respondent, Impleaded with Independent Union Telephone Company.— Judgment affirmed, with costs. All concurred, except Kruse and Robson, JJ., who dissented.

Catherine Cone, as Administratrix, etc., of William J. Cone, Deceased, Plaintiff, v. Lackawanna Steel Company, Defendant.— Defendant's exceptions sustained and motion for new trial granted, with costs to defendant to abide event. Held, that the court erred in excluding evidence of the contract between the corporations and evidence with reference to the pay roll and the contract and pay check and then holding and charging the jury that deceased was in defendant's

---

* Amdg. Tax Law (Laws of 1896, chap. 908), § 10.— [Rep.